## COCHRANE v. KNOWLES.

A motion for a new trial, on grounds *dehors* the record, should be sustained by extrinsic proof.

ERROR *to Lee District Court.*

*Opinion by* GREENE, J. This was an action of assumpsit commenced by Knowles against Cochrane before a justice of the peace on a receipt for notes taken for collection. Before the justice the suit was dismissed, and thereupon plaintiff took an appeal.

In the district court the cause was submitted to a jury who returned a verdict for the plaintiff. The defendant then applied for a new trial, but the court overruled the motion. It is claimed that the court erred in this ruling. The motion and the reasons upon which it is founded are embodied in a bill of exceptions. The bill also contains the statement of the judge that the defendant presented nothing to the court to show the truth of the reasons assigned in the motion.

As the principal grounds for the motion are *dehors* the record, they should have been established by extrinsic proof, before they could influence the action of the court.

There is nothing in the record which shows error in the proceedings below.

Judgment affirmed.

*Geo. C. Dixon*, for plaintiff in error.

*R. P. Lowe*, for defendant.